UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Bustamente Zambrano,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-02777-CDS-EJY<br>**Order Granting Petitioner's Motion to Extend Time**<br>[ECF No. 7] |

Petitioner Jesus Bustamente Zambrano's counsel moves to extend time to file an amended petition for writ of habeas corpus because they need additional time to meet with the petitioner before drafting an amended petition. Mot., ECF No. 7. Although the petitioner's motion indicates that the respondents are opposed to this request, *id.* at 2, no opposition is currently filed. Nonetheless, given the current resource constraints, I find that the petitioner's request is made in good faith and not solely for the purpose of delay.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 7] is GRANTED** nunc pro tunc. An amended petition is due by October 23, 2026.

Dated: October 6, 2026

Cristina D. Silva
United States District Judge